|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | IN THE UNITED STATES DISTRICT COURT | |
| 9 | FOR THE EASTERN DISTRICT OF CALIFORNIA | |
| 10 | CLARENCE EDWARD SARGENT, | |
| 11 | Plaintiff, | No. CIV S-09-0646 EFB P |
| 12 | vs. | |
| 13 | LOFTHOUSE, | |
| 14 | Defendant. | ORDER |
| 15 | _____/ | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.

To proceed with a civil action a plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).

Plaintiff has neither paid the fee nor submitted a proper application for leave to proceed *in forma pauperis*.

Accordingly, plaintiff has 30 days from the date of service of this order to submit either the filing fee or the application required by § 1915(a). The Clerk of the Court is directed to mail

////

////

1

1 to plaintiff a form application for leave to proceed *in forma pauperis*. Failure to comply with
2 this order will result in a recommendation that this action be dismissed.
3     So ordered.
4 DATED: March 19, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE