IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE EDWARD SARGENT,

    Plaintiff,                  No. CIV S-09-0646 EFB P

    vs.

LOFTHOUSE,

    Defendant.                <u>ORDER AND FINDINGS AND RECOMMENDATIONS</u>

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On March 19, 2009, the court ordered plaintiff either to file an in forma pauperis affidavit or pay the appropriate filing fee within 30 days, and warned him that failure to do so would result in a recommendation that this action be dismissed.

      The 30-day period has expired and plaintiff has not filed an in forma pauperis affidavit or paid the appropriate filing fee, or otherwise responded to that order.

      Accordingly, the Clerk is DIRECTED to randomly assign a United States District Judge to this case.

      Further, it is RECOMMENDED that this action be dismissed without prejudice.

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 15 days after

1

being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: May 26, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE